1 ALEX G. TSE (CABN 152348)
United States Attorney
2
BARBARA J. VALLIERE (DCBN 439353)
3 Chief, Criminal Division

4 NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney
5
450 Golden Gate Avenue,
6 San Francisco, California 94102-3495
Telephone: (415) 436-7246
7 FAX: (415) 436-7027
neal.hong@usdoj.gov
8
Attorneys for United States of America

FILED

AUG 21 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-345 SI |
| Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | Date: September 4, 2018<br>Time: 9:30 a.m. |
| DENNIS PERRY, JR., | |
| Defendant. | |

TO: The Honorable Jacqueline Scott Corley, Magistrate Judge of the United States District Court for the Northern District of California:

Petitioner Neal C. Hong, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DENNIS PERRY, JR., whose place of custody is the Maguire Correctional Facility, 300 Bradford St., Redwood City, California 94063, as set forth in the requested Writ attached hereto. The prisoner's personal appearance is required for an initial appearance in the above-captioned federal criminal matter pending before this Court.

WHEREFORE, your petitioner prays that this Honorable Court do forthwith order that the attached Writ of Habeas Corpus Ad Prosequendum be issued as presented.

DATED: August 21, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

_____
NEAL C. HONG
Assistant United States Attorney

ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    450 Golden Gate Avenue,
    San Francisco, California 94102-3495
    Telephone: (415) 436-7246
    FAX: (415) 436-7027
    neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-345 SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| DENNIS PERRY, JR., | Date: September 4, 2018 |
| Defendant. | Time: 9:30 a.m. |

Based upon application by the United States Attorney set forth above, and good cause appearing there for, IT IS HEREBY ORDERED that the application for a petition directing the issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of DENNIS PERRY, JR. forthwith for initial appearance in a pending federal criminal matter before this Court on September 4, 2018, at 9:30 a.m., or as soon thereafter as possible, is GRANTED.

IT IS SO ORDERED.

DATED: _____
               JACQUELINE SCOTT CORLEY
               UNITED STATES MAGISTRATE JUDGE

# THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: DONALD O'KEEFE, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Jailor/Warden at the San Francisco County Jail:

## GREETINGS

WE COMMAND that on **September 4, 2018 at 9:30 a.m.**, or as soon thereafter as possible, that you have and produce the body of:

DENNIS PERRY, JR.
FBI Number: 342968RB8

now in custody in the Maguire Correctional Facility, 300 Bradford St., Redwood City, California 94063, before the United States District Court in and for the Northern District of California, for personal appearance in a pending federal criminal matter in the above entitled Court, and to abide by the orders of the above-entitled Court, as shall thereafter be made, concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies, under this Writ.

WITNESS the Honorable Jacqueline Scott Corley, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: 8/24, 2018

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 18-345 SI