UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
        v.
DENNIS PERRY,
    Defendant.

Case No. 18-cr-00345-SI-1

**ORDER RE: SUPPLEMENTAL BRIEFING**

Defendant's motion to suppress is scheduled for a hearing on November 1, 2018 at 1:30 p.m. In opposition to that motion, the government has filed the declaration of San Mateo County Sheriff's Office Deputy Andrew Constantino. Dkt. No. 24-1. In his declaration, Deputy Constantino states, "After talking to Domingo and Edwards, I looked up Perry on our internal database and learned he was named as a suspect in several burglaries, including a City of Belmont storage unit burglary and a San Mateo county storage unit burglary." *Id.* ¶ 7.

The Court directs the government to file a supplemental brief and/or declaration elaborating on this statement. The Court would like additional information on the following: (1) whether Constantino obtained this information prior to conducting the traffic stop of defendant; (2) why this information was not included in Constantino's probable cause affidavit; (3) what the "internal database" is; and (4) what specific information Constantino obtained showing that defendant was "named as a suspect," and what being "named as a suspect" means.

If possible, the government shall file this additional briefing by **5 p.m. on October 31, 2018**. If the government is not able to do so by that time, the government shall file the supplemental

briefing as early as possible on November 1, 2018, and prior to the hearing.

**IT IS SO ORDERED**.

Dated: October 30, 2018

_____
SUSAN ILLSTON
United States District Judge