UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DENNIS PERRY, <br> Defendant. | Case No. 18-cr-00345-SI-1 <br><br> **ORDER SETTING FURTHER EVIDENTIARY HEARING** <br><br> Re: Dkt. No. 37 |

The government has filed a motion requesting a supplemental evidentiary hearing, and defendant has filed an opposition. The government seeks to present additional evidence explaining a notation in government's exhibit 3. In light of the fact that exhibit 3 is already in evidence and the issue relates to one of the central questions raised by the motion to suppress, the Court finds it appropriate to hold a supplemental hearing. Counsel shall meet and confer and promptly notify the Court's clerk regarding scheduling the supplemental hearing. The Court informs the parties that the Court is available Friday November 16, 2018 between 1:30 – 3:00 p.m., and after 3:30 p.m.

**IT IS SO ORDERED**.

Dated: November 15, 2018

SUSAN ILLSTON
United States District Judge