UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS PERRY,<br><br>    Defendant. | Case No. 18-cr-00345-SI-1<br><br>**ORDER DIRECTING THAT DEFENDANT'S FEDERAL SENTENCE IS TO BE SERVED CONCURRENTLY WITH THE STATE COURT SENTENCE** |

    The Court has received an inquiry from the Bureau of Prisons regarding how defendant's federal sentence should run with respect to a sentence he has served with the State of California. The Court hereby directs that defendant's federal sentence should run concurrent with the state sentence.

    The government is directed to serve this order upon the Bureau of Prisons.

**IT IS SO ORDERED**.

Dated: August 19, 2020

_____
SUSAN ILLSTON
United States District Judge